**EXHIBIT 6**

| Name | Ethnicity | Date of Birth | Age on DOH | Age at Term | Hire Date | Termination Date | Position Title |
|---|---|---|---|---|---|---|---|
| MCCREE, REGINALD | Undefined | 10/21/1994 | 23 | 25 | 05/01/2018 | 03/23/2020 | Vault Teller |
| OCALLAGHAN, CHARLENE | Undefined | 02/24/1967 | 51 | 53 | 11/05/2018 | 03/23/2020 | PT Call Ctr Re |
| RASMUSSEN, AUDREY | Undefined | 09/29/1951 | 64 | 68 | 03/28/2016 | 03/23/2020 | PT Teller |
| REITER, JASON | Undefined | 05/03/1983 | 33 | 36 | 04/03/2017 | 03/23/2020 | Loan Officer |
| SHIBE, ABBIE L | Undefined | 10/15/1971 | 47 | 48 | 12/10/2018 | 03/23/2020 | BM |
| SMITH, LIA T | Undefined | 08/31/1995 | 23 | 24 | 04/16/2019 | 03/23/2020 | Seasonal Tell |
| SNYDER, RONA | Undefined | 08/19/1987 | 28 | 32 | 03/14/2016 | 03/23/2020 | PT Teller |
| SPIKER, RACHEL C | Undefined | 12/02/1999 | 19 | 20 | 12/10/2018 | 03/23/2020 | Float Teller |
| STENGER, KAITLIN | Undefined | 09/05/1996 | 17 | 23 | 06/02/2014 | 03/23/2020 | PT Teller |
| THOMPSON, DIANA | Undefined | 06/27/1959 | 57 | 60 | 07/11/2016 | 03/23/2020 | PT Call Ctr Re |
| TIDWELL, RACHEL P | Undefined | 11/29/1999 | 19 | 20 | 04/16/2019 | 03/23/2020 | Seasonal Tell |
| TOBIN, CASSANDRA M | Undefined | 03/14/1993 | 24 | 27 | 07/31/2017 | 03/23/2020 | Branch Coord |
| TUREK, SUSAN | Undefined | 07/03/1963 | 52 | 56 | 05/30/2016 | 03/23/2020 | Teller |
| VALENTINO, SHARON | Undefined | 09/24/1957 | 59 | 62 | 04/03/2017 | 03/23/2020 | PT Teller |
| Vignero, Gilbert W | Undefined | 04/20/1976 | 43 | 43 | 11/04/2019 | 03/23/2020 | Loan Officer |



Cardinal000269

EXHIBIT
6